IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| KEVIN D. STERRICK | ) | CASE NO. 17-15310 |
| | ) | |
| BRENDA M. STERRICK | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtors | ) | **NOTICE TO WITHDRAW** |
| | ) | **MOTION FOR RELIEF FROM STAY** |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 27220 Parkwood Drive |
| | ) | Euclid, OH 44123 |

FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Movant"), by and through its attorney, and files the within designated Notice to Withdraw a Motion For Relief From Stay that was filed in this Court on February 1, 2018.

FEDERAL NATIONAL MORTGAGE ASSOCIATION represents to this Court that it does not wish to pursue the Motion For Relief From Stay at this time and hereby withdraws the Motion which has been filed.

/s/ Edward A. Bailey
Reimer Law Co.
Edward A. Bailey #0068073
Richard J. LaCivita #0072368
Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
ebailey@reimerlaw.com

CERTIFICATE OF SERVICE

I certify that on March 14, 2018 a true and correct copy of the Notice to Withdraw Motion for Relief from Stay was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (Registered address)@usdoj.gov

2. Lauren Helbling on behalf of the Chapter 13 Trustee's office at ch13trustee@ch13cleve.com

3. Charles J Van Ness, Esq. on behalf of Kevin D. Sterrick and Brenda M. Sterrick, Debtors, at cjvlaw@prodigy.net

And by regular U.S. mail, postage prepaid, to:

4. Kevin D. Sterrick and Brenda M. Sterrick, Debtors at 27220 Parkwood Drive, Euclid, OH 44132

5. Cuyahoga County Treasurer at 1219 Ontario St., Room 300, Cleveland, OH 44113

6. Cavalry SPV I LLC at 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595

7. Capital One Bank (USA) at 4851 Cox Road, Glen Allen, VA 23059

8. City of Euclid, Department of Taxation at 585 E. 222nd Street, Euclid, Ohio 44123

9. NCEP, LLC at c/o Corporation System, 4400 Easton Commons Ways, Suite 125, Columbus, OH 43219

10. Portfolio Recovery Associates, LLC at 140 Corporate Blvd., Norfolk, VA 23502

>/s/ Edward A. Bailey
> Reimer Law Co.
> Edward A. Bailey #0068073
> Richard J. LaCivita #0072368
> Cynthia A. Jeffrey #0062718
> 30455 Solon Road
> Solon, Ohio 44139
> Phone No. 440-600-5500
> Fax No. 440-600-5521
> ebailey@reimerlaw.com