The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 1, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: May 1, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 17-15310 |
| Kevin D. Sterrick<br>Brenda M. Sterrick | Chapter 13 |
| Debtors. | Judge Arthur I. Harris |

### ORDER GRANTING MOTION TO MODIFY AGREED ORDER GRANTING MOTION OF DEBTOR(S) FOR PLAN PAYMENT MORATORIUM (Doc. 55)

This matter came before the Court on the Motion to Modify Agreed Order Granting Debtors' Motion For Plan Payment Moratorium (the 'Motion') filed by U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust ('Movant') at Docket No. 55. Movant has alleged that good cause for granting the Motion exists, and that the Debtor, counsel for the Debtor, the Chapter 13 Trustee and all other necessary parties were served with the Motion and with notice of the Motion.

IT IS, THEREFORE ORDERED that the Motion is granted and the Debtors shall file an Amended Agreed Order Granting Debtors' Motion for Plan Payment Moratorium to provide further details as to how the conduit mortgage payments due during the duration of the three-month moratorium, from April 2, 2020 through July 2, 2020, will be cured at a later time.

###

SUBMITTED BY:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

COPIES TO:

Charles J. Van Ness, Debtors' Counsel, at cjblaw@prodigy.net (VIA ECF MAIL)

Lauren A. Helbling, Trustee, Ch13trustee@ch13cleve.com (VIA ECF MAIL)

Office of the U.S. Trustee, at (registeredaddress)@usdoj.gov (VIA ECF MAIL)

Kevin D. Sterrick, Debtor, 27220 Parkwood Drive, Euclid, OH 44132 (VIA U.S. MAIL)

Brenda M. Sterrick, Debtor, 27220 Parkwood Drive, Euclid, OH 44132 (VIA U.S. MAIL)